IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| MOTIVA ENTERPRISES LLC, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. H-13-00184 |
| | § | |
| PREMIER OIL COMPANY LLC., *et al*., | § | |
| | § | |
| Defendants. | § | |

**ORDER GRANTING MOTION TO ABATE AND
ADMINISTRATIVELY CLOSING CASE**

The parties have advised the court that they have settled this case but require additional time to complete the settlement. The motion to abate is granted. This case is stayed and administratively closed. It is dismissed without prejudice, subject to the parties' right to move to reinstate to the active docket if the case cannot be settled, or to move for final judgment if the settlement is completed. Such motions must be filed no later than February 7, 2014.

SIGNED on July 8, 2013, at Houston, Texas.

Lee H. Rosenthal
United States District Judge